LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
VICTORIA MAYDANIK (No. 255788)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 North Keeble Ave.
San Jose, CA 95126
Telephone: (408) 295-5595
Facsimile: (408) 295-9852

Attorney for Debtor

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                               ) Case No.: 10-57268-RLE
                                                     )
RAY ELBERT TRUSSELL                                  ) DECLARATION OF DEBTOR RE
                                                     ) PAYMENT ADVICE
                                                     )
                                                     ) CHAPTER 7
            Debtor                                   )
                                                     )
                                                     )
                                                     )
                                                     )
                                                     )
_____                  )

I, RAY ELBERT TRUSSELL, declare and say:

    1.    I am the debtor herein.

    2.    I am a self-employed real estate entrepreneur. In that capacity, my average monthly income for January 2010 to June 2010 was approximately $4825.

    3.    I also earned rental income of $1950 each month from January 2010 to June 2010.

    4.    My wife is a self-employed massage therapist. In that capacity, her average monthly income for January 2010 to June 2010 was approximately $600.

Declaration of Debtor Re Payment Advice
Case: 10-57268   Doc# 4   Filed: 07/15/10   Entered: 07/15/10 10:23:05   Page 1 of 2

5. I believe that the income stated in my Bankruptcy Petition, schedule I, and in my Statement of Combined Monthly Income are true and correct to the best of my knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 14, 2010    /s/ Ray Elbert Trussell
Debtor, RAY ELEBERT TRUSSELL