# UNITED STATES BANKRUPTCY COURT
Northern District of California (San Jose)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/15/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ray Elbert Trussell
aka Ray Trussell IV, aka Ray E Trussell, dba Trussell
Construction, dba Trussell Enterprises
1065 Eagle Tree Lane
Felton, CA 95018

| Case Number:<br>10−57268 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx−xx−1056 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Lars T. Fuller<br>The Fuller Law Firm<br>60 N Keeble Ave.<br>San Jose, CA 95126<br>Telephone number:  (408) 295−5595 | Bankruptcy Trustee (name and address):<br>John W. Richardson<br>5161 Soquel Dr. #F<br>Soquel, CA 95073<br>Telephone number:  (831)475−2202 |

### Meeting of Creditors
Date:  **August 13, 2010**                                                Time:  **01:00 PM**
Location:  **University Inn & Conference Center, The Coast Room, 611 Ocean St., Santa Cruz, CA 95060**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government−issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 10/12/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113<br>Telephone number:  408−278−7500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open:  Monday − Friday 9:00 AM − 4:30 PM | Date:  7/15/10 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: mtartagli           Page 1 of 2            Date Rcvd: Jul 15, 2010
Case: 10-57268                Form ID: B9A              Total Noticed: 34

The following entities were noticed by first class mail on Jul 17, 2010.
db           +Ray Elbert Trussell,    1065 Eagle Tree Lane,    Felton, CA 95018-9053
aty          +Lars T. Fuller,    The Fuller Law Firm,    60 N Keeble Ave.,    San Jose, CA 95126-2723
smg           CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
smg           Secretary of The Treasury,    15th and Pennsylvania Ave. NW,    Washington, DC 20220-0001
smg          +State Board of Equalization,    Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,
               Sacramento, CA 94279-0001
ust           Office of the U.S. Trustee / SJ,    U.S. Federal Bldg.,    280 S 1st St. #268,
               San Jose, CA 95113-3004
11088189      Account Services,    1802 N.E. Loop 410, Suite 400,    San Antonio, TX 78217-5298
11088192      American Express Centurion Bank,    c/o The Moore Law Group,    3710 S. Susan Street, Suite 210,
               PO Box 25145,    Santa Ana, CA 92799-5145
11088193     +American Express Company,    c/o Law Office of Steven A. Booska,
               250 Montgomery Street, Suite 720,    San Francisco, CA 94104-3424
11088194     +American Medical Response,    PO Box 3429,    Modesto, CA 95353-3429
11088195     +California Reconveyance Company,    9200 Oakdale Avenue,    Mail Stop: CA2-4379,
               Chatsworth, CA 91311-6500
11088196     +Capital Management Services, LP,    726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
11088197     +Chase Home Finance, LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
11088198      Christopher Williams,    c/o Escrow Services,    305 Third Ave. East, PO Box 327,
               Kalispell, MT 59903-0327
11088199      Citi Bank, N.A.,    PO Box 688923,    De Moines, IA 50368-8923
11088202      David Devine,    1190 Eagle Tree Lane,    Felton, CA 95018-9053
11088203     +Encore Glass, Inc.,    4345 Industrial Way,    Benicia, CA 94510-1227
11088205      Harold Bruner,    2140 Palm Avenue,    St James, FL 33956
11088206     +IRS - Central Insolvency,    PO Box 21126,    Philadelphia, PA 19114-0326
11088207     +JG, P.C./Business & Corporate Law,    Attn: Thomas von Thury,    5890 Stonerridge Drive, Suite 102,
               Plesanton, CA 94588-5825
11088208      Lisa Flores,    1065 Eagle Tree Lane,    Felton, CA 95018-9053
11088210     +Robert M. Ehrhorn, Esq.,    700 Bishop Street, Suite 2100,    Honolulu, HI 96813-4120
11088211      Security Title Company,    c/o Law Offices of Marvin S.C. Dang,    PO Box 4109,
               Honolulu, HI 96812-4109
11088212     +State of Hawaii Dept. of Taxation,    75 Aupuni St., #101,    Hilo, HI 96720-4245
11088213     +Steven T. Iwamura, Esq.,    700 Bishop Street, Suite 2100,    Honolulu, HI 96813-4120
11088214     +US Bank NA, as ttee for Corienne Harmon,    c/o Carlsmith Ball, LLP,    PO Box 1720,
               Kailua-Kona, Hawaii 96745-1720
11088215      Wood Law, P.C.,    fka Riddle & Wood, PC,    PO Box 410403,    Salt Lake City, Utah 84141-0403
11088216     +Yeshuah Haimes,    PO Box 684,    Pahoa, HI 96778-0684
The following entities were noticed by electronic transmission on Jul 16, 2010.
tr           +EDI: BJWRICHARDSON.COM Jul 15 2010 21:53:00      John W. Richardson,    5161 Soquel Dr. #F,
               Soquel, CA 95073-2560
smg           EDI: CALTAX.COM Jul 15 2010 21:53:00      CA Franchise Tax Board,    Attn: Special Procedures,
               P.O. Box 2952,    Sacramento, CA  95812-2952
11088190      EDI: AMEREXPR.COM Jul 15 2010 21:53:00      American Express,    Box 0001,
               Los Angeles, CA 90096-8000
11088196     +E-mail/Text: jraichel@cms-collect.com                            Capital Management Services, LP,
               726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
11088201      E-mail/Text: DOR.BANKRUPTCY@DOR.CO.SANTA-CLARA.CA.US
               County of Santa Clara,    Department of Revenue,    PO Box 1897,    San Jose, CA 95109-1897
11088200     +E-mail/Text: DOR.BANKRUPTCY@DOR.CO.SANTA-CLARA.CA.US
               County of Santa Clara,    Department of Revenue,    1555 Berger Drive, Bldg. 2,
               San Jose, CA 95112-2716
11088204      EDI: CALTAX.COM Jul 15 2010 21:53:00      Franchise Tax Board,    PO Box 942867,
               Sacramento, CA 94267-0011
11088207     +E-mail/Text: tvonthury@jgpc.com                            JG, P.C./Business & Corporate Law,
               Attn: Thomas von Thury,    5890 Stonerridge Drive, Suite 102,    Plesanton, CA 94588-5825
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11088191*     American Express,    PO Box 0001,    Los Angeles, CA 90096-0001
11088209*     Lisa Flores,    1065 Eagle Tree Lane,    Felton, CA 95018-9053
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2010**　　　　　　　　　　　　Signature:　　*Joseph Speetjens*